# ROBERT A. MACEDONIO & ASSOCIATES, P.C.
115 Carleton Avenue
Central Islip, NY 11722
(631) 582-3232

October 2, 2007

Honorable Sandra J. Feuerstein USDJ
Eastern District of New York
Alphonse M. D'Amato Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: **U.S.A. v. HARRELL, et.al.**
Index #: 07-CR-516

Dear Honorable Judge Feuerstein:

Due to a conflict in interest, I hereby respectfully request that I be relieved as counsel for Ashanti Harrell and the Court appoint a new attorney to represent him in this matter.

At the time I appeared at the arraignment on behalf of the defendant Ashanti Harrell, I was unaware that Mitchell Haywood was a co–defendant in this matter. Upon investigation it appears that I represent both Mr. Haywood and Mr. Harrell on open State cases. They are not co–defendants on the State cases.

If you require additional information and/or have any questions, please feel free to contact my office.

Very truly yours,


Robert A. Macedonio

RAM: cs.

Enclosure: None.