**CRIMINAL CAUSE FOR STATUS CONF / HEARING:**                                    DK

BEFORE JUDGE FEUERSTEIN        DATE: 10/2/07        TIME: 10:30-11:15AM

CR- 07-516

| DEFT NAME: FRANK WILSON | # 1 | X present | not present |
|---|---|---|---|
| X cust.        bail | | | |
| DEFENSE COUNSEL: *JASON L. RUSSO* | | X present | not present |
| CJA   X RET.   LAS | | | |
| DEFT NAME: **CARLOS LUGO** | # 2 | X present | not present |
| X cust.        bail | | | |
| DEFENSE COUNSEL: *SALLY BUTLER* | | X present | not present |
| CJA   X RET.   LAS | | | |
| DEFT NAME: **RENARD HOLDER** | # 3 | X present | not present |
| X cust.        bail | | | |
| DEFENSE COUNSEL: *TERRENCE BUCKLY* | | X present | not present |
| X CJA     RET.  LAS | | | |
| DEFT NAME: **HAYWOOD MITCHELL** | # 4 | X present | not present |
| X cust.        bail | | | |
| DEFENSE COUNSEL: *PAUL BRENNER* | | X present | not present |
| CJA   X RET.     LAS\ | | | |
| DEFT NAME: **LORENZO WARREN** | # 5 | X present | not present |
| X cust.        bail | | | |
| DEFENSE COUNSEL: *GARY SHOER* | | X present | not present |
| XCJA      RET.  LAS | | | |
| DEFT NAME: **MELVIN TUCKER** | # 6 | X present | not present |
| X cust.        bail | | | |
| DEFENSE COUNSEL: *WILLIAM D. WEXLER* | | X present | not present |
| X CJA     RET.  LAS | | | |
| DEFT NAME: **DARYL GRICE** | # 7 | X present | not present |
| X cust.        bail | | | |
| DEFENSE COUNSEL: *RICHARD HALEY* | | X present | not present |
| X CJA     RET.  LAS | | | |
| DEFT NAME: **DENISE NEWCOMBE** | # 8 | X present | not present |
| X cust.        bail | | | |
| DEFENSE COUNSEL: *MARTIN GEDULDIG* | | X present | not present |
| X CJA     RET.  LAS | | | |
| DEFT NAME: **MARIE BLORE** | # 9 | X present | not present |
| cust.    X bail | | | |
| DEFENSE COUNSEL: *GLENN OBEDIN* | | X present | not present |
| X CJA     RET.  LAS | | | |
| DEFT NAME: **JAMES ARENA** | #10 | X present | not present |
| X cust.        bail | | | |
| DEFENSE COUNSEL: *JOSEPH RYAN* | | X present | not present |
| XCJA      RET.  LAS | | | |
| DEFT NAME: **CASSANDRA MAXWELL** | #11 | X present | not present |
| X cust.        bail | | | |
| DEFENSE COUNSEL: *RAYMOND COLON* | | X present | not present |
| X CJA     RET.  LAS | | | |

| DEFT NAME: **ASHANTI HARELL** | # 12 | X present | not present |

    X cust.        bail

DEFENSE COUNSEL: *SALLY BUTLER FOR ROBERT MACEDONIO*

X present   not present   CJA   X RET.   LAS

| DEFT NAME: **DARYNELL BODDIE** | # 13 | X present | not present |

    cust.      X bail

DEFENSE COUNSEL: *RICHARD MILLER*       X present   not present

    XCJA    RET.  LAS

| DEFT NAME: **LEONARD MCCLOUD** | # 13 | X present | not present |

    Xcust.      bail

DEFENSE COUNSEL: *FRANCIS MURPHY*       X present   not present

    XCJA    RET.  LAS

A.U.S.A: **JOHN DURHAM**       CLERK: BRYAN MORABITO

COURT REPORTER: D. TURSI     OTHER:

INT: (LANG.- SPANISH) MAYA GRAY

- X   CASE CALLED.   X   DEFTS APPEARS WITH COUNSEL.
- \_   DEFTS APPEARS WITHOUT COUNSEL.
- \_   COUNSEL PRESENT WITHOUT DEFT.
- \_   STATUS CONF/HRG FOR DEFTS ADJ'D TO \_\_\_\_.
- X   STATUS CONF/HRG FOR DEFTS HELD.
- \_   JURY SELECTION SET FOR \_\_\_\_\_ ---
- \_   BEFORE J. FEUERSTEIN\_ PARTIES CONSENT TO MAGISTRATE.
- \_   TRIAL SCHEDULED FOR \_\_\_\_\_.

- X   **SPEEDY TRIAL** INFO FOR DEFTS   COMPLEX CASE   STILL IN EFFECT
    CODE TYPE\_\_   START\_\_\_\_\_   STOP\_\_\_\_\_
    \_ In the interest of justice as stated on the record, and   with consent of the parties.

- \_   STATUS CONF/HRG CONT'D TO _____.
- X   FURTHER STATUS CONF/HRG SET FOR   11/15/07 AT 10:00 AM AS TO ALL OF THE DEFENDANTS.

DEFTS\_ SWORN   \_ ARRAIGNED   \_ INFORMED OF RIGHTS
    \_ WAIVES TRIAL BEFORE DISTRICT COURT

- \_   DEFTS **WITHDRAWS** NOT GUILTY PLEA AND ENTERS   **GUILTY PLEA** TO CTS. _____ OF THE INDICTMENT.
- \_   COURT FINDS FACTUAL BASIS FOR THE PLEA.
- \_   **DEFTS REQUESTS RETURN OF PROPERTY**   \_   **ORDER FILED.**
- \_   SENTENCING TO BE SET BY PROBATION.

OTHER: DEFENDANT BODDIE WARNED ON THE RECORD IN REFERENCE TO HIS ALLEGED FAILURE TO PAY CHILD SUPPORT. DEFENDANT BODDIE IS EXPECTED TO COMPLY WITH HIS CONDITIONS OF RELEASE. SALLY BUTLER APPEARING ON BEHALF OF ASHANTI HARELL HAS AGREED TO STAND IN FOR APPOINTED CJA ROBERT MACEDONIA. SALLY BUTLER HAS

INDICATED AN APPARENT CONFLICT THAT EXISTS WITH ROBERT MACEDONIA'S REPRESENTATION OF DFT HARELL. ACCORDINGLY NEW CJA COUNSEL HAS BEEN APPOINTED TO REPRESENT THE DEFENDANT IN THE FUTURE. CJA ELIZABETH MACEDONIA APPOINTED. A CJA 20 APPOINTMENT VOUCHER WILL FOLLOW