D/F

# THE LAW OFFICE OF ELIZABETH E. MACEDONIO
## ATTORNEY AT LAW

42-40 BELL BOULEVARD
SUITE 302
BAYSIDE, NEW YORK 11361

TELEPHONE: (718) 279-3770
FAX: (718) 281-0850
Email: emacedonio@yahoo.com

By Fax

November 14, 2007

Honorable Sandra J. Feuerstein
U. S. District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438

Re: United States v. Ashanti Harrell
Criminal Docket No. 07-516 (S-1) (SJF)

Honorable Sandra J. Feuerstein:

Please be advised that Mr. Harrell is not being produced at the status conference tomorrow due to the fact because he is in the hospital. We have spoken to the U.S. Attorney's office and they have no objection to our moving forward tomorrow.

I have also spoken to Mr. Harrell and he does not object to our moving forward in his absence.

Very truly yours,

Elizabeth E. Macedonio
Elizabeth E. Macedonio