date: 5.15.08

Dear Judge Feuerstein

i have wrote out this letter and will get it noterized to inform my lawyer, my family, and judge as well, about the situation i have just been thru on the date of 4.19.08.

I'm a federal inmate being housed at the Nassau County Corr. facility. I've been here for a year now and go thru the same problem every other mouth.

I have sichel cell disease, it's a life long problem. I had went thru another crises on 4.19.08. I had made it to the medical unit to see a doctor at 9:20 AM 5 minutes after i ashed to see a dr. which is perfect.

The dr. examined me and determined i needed better help at the hospital. He made the call to get me transported just 3 minutes away.

It took the sheriffs 2hrs to get me there. I sat up in severe pain being tortoured, it felt like. I can't keep going thru that every time i get sick, the long hours of waiting because the longer i sit in pain the more i damage my body organs.

Thank You
Ashanti Harrell

SWORN TO BEFORE ME THIS ___ DAY OF ___ 20 __ DID PERSONALLY APPEAR. NOTARY PUBLIC ...  No. 01... Qualified in Nassau County Commission Expires April 24, 20__

Mr. Concort Farrell
C.C.# 910553
Location E2 CR
100 CARMAN AVENUE
EAST MEADOW, NEW YORK 11554-1146

Judge Seatra J. feuersteiu
1044 federal Plaza
Central Islip, N.Y. 11722

i17225444442 C028

RECEIVED BY
US DISTRICT COURT
LONG ISLAND OFFICE

MAY 19 2008

★  ENTERED  ★
   ★