3 copies

5/19/08 date

Dear Judge Feurstein

This letter is to address the medical issues that i have been dealing with since i've been incarcerated at the Nassau County Jail.

I have put in numerous of letters directing them to the staff at medical in this jail as well as staff who runs the jail. I have sickel cell, which is a deadly diease that i had all my life.

Since being incarcerated i have been hospitalized way over 8 times. I'm supposed to see a speical Dr. (Henotalogist), a blood doctor every month. I have not been to see one since the 3rd week of February. I'm supposed to see a eye doctor at least 4 times a year, i have not seen one since September of 2007. The doctors at the hospital (Nassau Medical Center) put in a special order for me to see the dentist to get 4 teeth removed, this was 3 months ago, i still have not got.

Being housed in Nassau Jail is like being a tortured slave waiting to die. This jail is not fit to seen my medical needs. And the staff here dont care at all about my medical nee

I wrote so many greivance, letters to the Judge (Hon. Judge Feurstein), my lawyer (E. Meadow my family, and now Iternal Affairs. And i will keep writting intill i get some type of respouce.
Thank You. Ashanti Harrell

SWORN TO BEFORE ME THIS 19
DAY OF May, 20 08
DID PERSONALLY APPEAR.
NOTARY PUBLIC

Mr. Crocker Harrell
C. C. # 00553
Location: E08
100 CARMAN AVENUE
EAST MEADOW, NEW YORK 11554-1146

(Hon Judge)
Sandra J. Feuerstein
1044 Federal Plaza
Central Islip NY, 11722

11722344442 C028