Dear Judge Feuerstein,                                    7-23-08

1st I want to thank you for ya time on the 17th of this month and hearing my bail packet. For the past 6 months I have been trying to get bail ya honor, because of my health issues, my health condition is in the worst condition it has ever been in.

During the bail hearing ~~and the question~~ you asked about my health, I understand that you do not know how severe or deadly "Sichel Cell Diease" could get.

Sichel Cell disease is a inherited disease only found in Afro Americans. Those living with the disease has abnormal red blood cells, that take the form of sichel causing the blood cells to get stucked together not able to carry oxygen thru out the body. When that happens it cause severe pain thru out the body, the back, joints, chest, all over.

If not treated in time the results most likely are death. The life expectivcy for one with Sichel Cell is 30-30 years, thats if the body is well taken care of.

Ya honor here is how I will explain the type of pain we (sichlers) go thru when we have an attach. When SichelCell 1st got reccognized as a serious disease the medical doctors was tecating the pain with "Morphin". Now, that medication (morphin) is so strong that they give that to the war soilders that has been shot or blown up missing limbs.

But since the early 21st century they stopped using morphin for sicklers because it was not working for the pain so the doctors use a new medication called "diluded" that is 2ce as strong.

Ya however that's how painful and deadly that sicklecell is. I have been in so many sedated comas in my life because the pain got out of control and the only thing to help was to put me in a coma intill it blew over.

When my lawyer requested for a bail, it was not so i can go home and be with my family or hang out with freinds and party. U bail was fought for so i can better my health because my life is on the line.

This jail canot accomodate my health at all and the longer i sit the worst it gets. Yes, im a criminal and cant be trusted but my lawyer has all my medical paperwork from years, decades ago and she also has my medical records for the time im here in jail. If you take a few minutes to look at them as well as the doctors notes you will see for yourself.

At my bail hearing you made a judgemental decision based on my criminal history, your a judge. But not one time at all you took the time to look at my medical history. But again your a judge not a doctor, and not at all was that

fare or equal. ~~what you~~

My life is on the line ya honor. I had this disease all my life since birth, i know it better than anyone. The way it's taking control of my life under these conditions.

When you denied my bail ya honor, was like you giving me months to live. I'm already dying that's a fact at least ya honor give me the chance to better my health so i'll have a better chance.

I'm not a rapist, killer, i was not stealing millions of dollars, i'm no terrorist and i was not making millions of dollars off of drugs. I used a "phone" to buy illegal drugs. Please ya honor just take a look at my medical records since i been incarcerated and you will see for yourself that under these conditions my health is going fast.

Even if you still don't consider bail at least you probally would send me to a better facility that would get my health under control.

THANK YOU

Ashanti Harrell

ps. E. Maccadavio is my attorney and in locked up with the Frank Wilson org.

Rodney B Johnson
**RODNEY B JOHNSON**
Notary Public, State of New York
No. 01JO6178080
Qualified in Suffolk County
Commission Expires Jan. 22, 20__

3 copies

dear Rodney McCrae, (Human Rights bam) date: 7-2-08

For the past few months i have been writing out voiceized issues on the medical problems i'm going thru while being housed at Dawson Jail as a Federal inmate.

I am a inmate, who since birth has been diagnosed with a deadly disease called "Sichel Cell". Its a disease with a life span of 30-35 years. If treated well one can live to the age of 50-55 years.

But who has the disease must really take care of his health. Its a DIFFICULT disease to moniter especially being locked up. And it's a proven fact that Dawson Jail can not accommodate my medical needs.

I have been housed here for 13 months and since being here i been in the hospital 9 times a total of over 120 days. I have more sichelcell attachs while being here (Jail) then i would have if i were home. 1st the jail enviorment is a factor. The cold cells, the hard beds, not able to get fresh air as often as i should. 2nd the proper diet one with the disease should be on, i'm not. I have not got any fruit juice since being here. The food & water here, 2nd i was hospitalized for bacteria growing in my blood. I stayed in the hospital for 3 weeks 2nd with a infection on antibiotics thru the

IV for 10 days. 3rd which is a major issue the amount of time it takes the jail to get me over to the hospital. The hospital is next door 2 minutes away but it always takes the jail 2 hrs or better to get me there. When one with sickelcell has a attack it's life threatning and very painful, so painful it cant be describbed.

Everytime i go thru a attack i think it's my last day on earth i sit for hrs and pain crying like a baby hoping to die just to feel relif. Not only am i hurting physically i hurt mentally as well. Seeing all the staff just walking around laughing, sitting doing nothen while i wait crying for hrs, being tortured, in till teansportation come only to be handcuffed and shackeled and thrown in the back of a hard cold van.

It tears me down mentally so many times i just wanted to take my own life rather than sit for hours in pain.

When home if i go thru a attack i get to the hospital within 10-15 minutes which is normal. It just aint right how long the jail takes 2 to 3 hrs. Its against my rights as a human.

The 4th issue is i dont see the proper drs im supposed to be seeing monthly. I was

as special medication that helps limit the attacks i go thru. But once i came here they stopped it because while on the med. i get my blood monitered weekly because the med. could thin out my blood to much & kill me. But while here the jail was not monitering my blood at all, and knowing that the meds i was taking could kill me you would think they (Jail) would. So my doctor at the hospital stopped the medication.

I'm just trying to reach out to everybody i can, to enlighten the world how im being treated with my medical issue over at a county jail as a federal Inmate.

I'm also trying to get contact information for Gov. Patterson and Sen. H.R. Clinton. And also im trying to retain a good lawyer to file a law suit against the staff & who ever else that comes involved with my health issues and just turn away. God forbid 2day is my last day and the reason be because my health. I have medical paperwork (my lawyer does) since birth that fills up a walk in closet from top to bottom on my health.

I wrote serval noterized letters to my lawyer, my judge, my family, and now you and will continue to write intill my voice is heard.

or i get a bail to get home so i could get my health better. Because being locked up my health will only get worst.

Thank You

Ashanti Harrell

p.s. Also if you have contact information on Gov. Patterson or H.R. Clinton staff and also to channel 12 news could you get it to me.

RODNEY B JOHNSON
Notary Public, State of New York
No. 01JO6179650
Qualified in Suffolk County
Commission Expires Jan. 22, 2012

SWORN TO BEFORE ME THIS 2
DAY OF July, 2008
DID PERSONALLY APPEAR.
NOTARY PUBLIC

### Order
The application is:
\_\_\_ granted
\_\_\_ denied
\_\_\_ referred to Magistrate Judge _____ for
    \_\_\_ decision
    \_\_\_ report and recommendation

Application is Referred to CJA Elizabeth Macedonio.

07/31/2008

