Hon. Judge Feuerstein,                                    11·6·08

    I would like to start this letter off by saying i'm sorry for not thanking you for the sentence handed down to me on the 5th of Nov., Zancuti Farrell, docket #07 Cr 516 (SJF).

    On the 5th of Nov. ya honor "God" had put me thru a test and i felled. He showed me that even thou i'm making positive changes in my life i still have a long way to go. And i will use this time to continue to better myself not just for me but for my two daughters as well so i can put all this behind.

    When you sentence me to 96 months i went blank, i lost my mind cursing everyone but my self. I went on for a hour before "God" sat me down and spoke to me. And He said, "if you take time OUT IN life and think before you act alot more changes would be made for the best. You are your worst enemy in life".

    I sat for 10 minutes and thought to myself and smilled. He answered my prayers like he always do And i saw what he spoke, yes you sentence me to the 96 months a year off good time, a year 1/2 way house, a year drug program and i have 17 months in, thats a little under 4 years left.

    I prayed every night to get 5 years and my lawyer did a great ~~job~~ And i really belive from my heart that you had that calculated out like that cause

to give me the 5 years but you did it the way you wanted to. Thank you so much ya honor, all thru out my court dates you were tough right on down to sentencing.(fire'ing feverstein, will light you up on sen-tence date is what the inmates say here) But ya honor your fare and even thou I'm a inmate you al-ways let me or my atti: know you recieved my letters. and it balls down to your decision.

God willing i'll make it home in best of health, phy., ment., and emot., when it's my time ya honor. And i make a promise to everyone that i won't hide from my history, because I'm going to make history.

Thank You

Lishauti "footie" Harrell

Mr. [illegible] Harrell
C.C.# 000515
Location E1E16
100 CARMAN AVENUE
EAST MEADOW, NEW YORK 11554-1146



LONG ISLAND NY 117

Hon. Judge J. Feuerstein
United State District Court
100 Federal Plaza
Central Islip, NY 11722-4454

11722+4438