# THE LAW OFFICE OF ELIZABETH E. MACEDONIO
### ATTORNEY AT LAW

42-40 BELL BOULEVARD
SUITE 302
BAYSIDE, NEW YORK 11361

TELEPHONE: (718) 279-3770
FAX: (718) 281-0850
Email: emacedonio@yahoo.com

Order
The application is:
✓ Granted
___ Denied
___ referred to Magistrate Judge _____ for
___ decision
___ report and recommendation

6/1/09

May 26, 2009

**Via First Class Mail**

Honorable Sandra J. Feuerstein
United States District Judge
1010 Federal Plaza
Central Islip, New York 11722

Re: <u>United States v. Ashanti Harrell</u>
07 Cr. 516 (SJF)

Dear Judge Feuerstein:

This letter is written pursuant to the Criminal Justice Act seeking authorization to receive the sentencing minutes in the above referenced matter.

Mr. Harrell was convicted before this Court for his participation in a conspiracy to distribute "crack cocaine." Subsequent to sentence, significant changes were made within the Department of Justice which significantly alter Mr. Harrell's guideline range. Given these changes, counsel intends to make a motion to the Court seeking a reduction in sentence. In preparation for such a motion, the sentencing minutes are required.

I thank Your Honor for her consideration in this matter.

Respectfully,

Elizabeth E. Macedonio