

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JJD
F.#2007R00069

*United States Attorney's Office*
*610 Federal Plaza*
*Central Islip, New York 11722-4454*

January 17, 2012

By Hand
The Honorable Sandra J. Feuerstein
United States District Judge
United States District Court
Eastern District of New York
1010 Federal Plaza
Central Islip, New York 11722

      Re: United States v. Ashanti Harrell
          Criminal Docket No. 07-0516 (SJF)

Dear Judge Feuerstein:

    Pursuant to the Court's request, please find attached hereto a transcript from the above-referenced defendant's November 5, 2008 sentencing.

                            Respectfully submitted,

                            LORETTA E. LYNCH
                            United States Attorney

               By: *[signature]*
                    John J. Durham
                    Assistant U.S. Attorney
                    (631) 715-7851

Exhibit

cc: Elizabeth E. Macedonio, Esq. (By ECF)
    Clerk of the Court (SJF) (By ECF w/o exhibit)